1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEYSTONE LAND & DEVELOPMENT CO.,

                            Plaintiff,

v.

XEROX CORP.,

                            Defendant.

No. CR01-1018P

ORDER DENYING PLAINTIFF'S
MOTION TO RE-TAX COSTS

This matter comes before the Court on Plaintiff's Motion to Re-tax Costs.  Having considered all relevant papers and pleadings, the Court DENIES Plaintiff's Motion.  Pursuant to Fed R. Civ. P 11(a), an attorney of record must sign every pleading submitted in a case.  Defendant is correct to point out that corporations must appear via a licensed attorney and may not represent themselves. U.S. v. Western Processing Co., Inc., 734 F. Supp. 930, 940 (W.D. Wash. 1990). Because Plaintiff's motion is not signed by a licensed attorney of record in this case, the Court may not consider it. The Clerk of the Court shall direct a copy of this order be sent to all counsel of record.

Dated: May 13, 2005.

/s/ Marsha J. Pechman_____
Marsha J. Pechman
United States District Judge

ORDER - 1